NEW YORK LIFE INSURANCE COMPANY, Respondent, *v.* WEST 18TH AND 19TH STREET REALTY CORPORATION et al., Defendants, and EDNA S. McLEAR, as Executrix of ROBERT E. McLEAR, Appellant.

Submitted May 1, 1942; decided June 4, 1942.

*Wallace T. Stock* and *Herbert G. McLear* for appellant.

*Mendes Hershman, Edward T. McCaffrey* and *Dudley Davis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.